UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PYROTEK, INCORPORATED,<br><br>                Plaintiff,<br>  vs.<br><br>STELLAR MATERIALS, INC., and LUIS BERLANGA,<br><br>                Defendants. | No. CV-10-0389-JLQ<br><br>ORDER RE: VOLUNTARY DISMISSAL AND CLOSING FILE |

     The Complaint in this matter was filed on November 2, 2010. (ECF No. 1). Prior to either Defendant filing an Answer, Plaintiff filed a "Notice of Dismissal with Prejudice." (ECF No. 2).

**IT IS HEREBY ORDERED**:

     1. Plaintiff's voluntary dismissal is effective pursuant to Federal Rule of Civil Procedure 41(a).

     2. The Clerk shall enter Judgment of dismissal with prejudice and close the file.

     **IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order and judgment, and furnish a copy to counsel for the Plaintiff.

     DATED this 8th day of November, 2010.

                           s/ Justin L. Quackenbush
                          JUSTIN L. QUACKENBUSH
         SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1