AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

PYROTEK, INCORPORATED,

                                            **JUDGMENT IN A CIVIL CASE**

v.

STELLAR MATERIALS, INC., AND
LUIS BERLANGA

CASE NUMBER: CV-10-0389-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard  and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Complaint in the above-entitled caption is hereby dismissed with prejudice.

November 8, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb